IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. _____

MOHAMED DIRSHE,

    Plaintiff,

vs.

THE GEO GROUP, INC.,

    Defendant.

_____

## NOTICE OF REMOVAL
_____

Defendant, THE GEO GROUP, INC., pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, hereby file with this Court this notice of removal in the above-entitled case. In support thereof, Defendant states as follows:

### I. Procedural Background

1. This litigation was commenced by Mohamed Dirshe ("Plaintiff") as a civil action in the District Court of the County of Adams, Colorado, by the filing of a Complaint and Jury Demand (the "Complaint") assigned Case Number 2019CV30695 (the "State Court Action").

2. The Complaint identified the Plaintiff as Mohamed Dirshe in the State of Colorado. The GEO Group is named as the sole Defendant.

3. The Complaint was served upon Defendant on or about May 31, 2019. Defendant has not answered or otherwise appeared in the State Court Action.

4. This Notice of Removal has been timely filed by Defendant before the expiration of 30 days after it first ascertained that the case is one which is or has become removable based upon diversity of citizenship.

5. This action is properly removed to this Court as the State Court Action is pending within this district as provided for in 28 U.S.C. §1441.

6. A copy of this Notice of Removal has been filed with the Clerk of the District Court, Adams County, Colorado, and written notice of its filing has been given to Plaintiff, the adverse party hereto, as required by 28 U.S.C. §1446(d).  A copy of the notice to parties is attached hereto as **EXHIBIT A-1**.

7. Defendant has attached all required exhibits to this Notice of Removal as required by prevailing rules of court.  Specifically, attached are those pleadings served upon Defendants: District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint (**EXHIBIT A-2**) and Complaint and Complaint and Jury Demand (**EXHIBIT A-3**). Also attached is the Entry of Appearance filed by counsel for Defendant (**EXHIBIT A-4**). A Register of Actions is attached as **EXHIBIT A-5**.

8. This Notice of Removal is filed subject to and without waiver of any defenses, right to a jury trial, or objections to Plaintiff's Complaint to the fullest extent allowed under the Federal Rules of Civil Procedure or other applicable law.

10. This Court has subject matter jurisdiction under 28 U.S.C. §1332 because there is complete diversity between adverse parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## II. Diversity Jurisdiction

11. The GEO Group, Inc., is a publicly traded company organized under the laws of Florida. The center of its overall direction, control, and coordination is at its principal place of business at 4955 Technology Way, Boca Raton, FL 33431.

12. The averments regarding citizenship made in the foregoing paragraphs apply from the date of the filing of the Complaint up to and including the date of this Notice of Removal.

13. Accordingly, there is complete diversity between the Plaintiff and Defendants.

## III. Amount in Controversy

14. Removal is also proper because the amount in controversy exceeds $75,000, exclusive of interest and costs. The Complaint seeks damages for past and future pecuniary and non-pecuniary losses, emotional distress, suffering, humiliation, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses and, in his Civil Cover Sheet, Plaintiff claims damages in excess of $100,000.

15. Accordingly, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## IV. Conclusion

Defendant respectfully requests that the Court and all parties hereto take notice that this action, formerly pending in the District Court of Adams County, Colorado, has been removed to and is now pending in the United States District Court for the District of Colorado.

Respectfully submitted,

Date:  June 21, 2019
s/ Ann B. Smith
Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Aaron Elinoff, Esq.**
aaron@novo-legal.com

**Danielle C. Jefferis, Esq.**
djefferis@law.du.edu

s/ Ann B. Smith
Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT