IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01816-STV

MOHAMED DIRSHE,

    Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mohamed Dirshe, through undersigned counsel, and Defendant The GEO Group, Inc., through undersigned counsel, submit this Joint Stipulated Motion to Dismiss the above-captioned case, pursuant to Judge Mix's Minute Entry for Settlement [Doc. 41]. In support thereof, the parties state they have reached a fully-executed settlement agreement in this action. WHEREFORE, the above-captioned action should be dismissed in its entirety, with prejudice

DATED: July 28, 2020.

                                                            Respectfully submitted,

                                                            *s/ Olivia Kohrs*
                                                            Olivia Kohrs
                                                            Novo Legal Group
                                                            4280 Morrison Rd.
                                                            Denver, CO 80219
                                                            T: 303-335-0250
                                                            F: 303-296-4586
                                                            E: olivia@novo-legal.com

<u>s/ Danielle C. Jefferis</u>
Danielle C. Jefferis, *Of Counsel*
Novo Legal Group
4280 Morrison Rd.
Denver, CO 80219
T: 303-335-0250
F: 303-296-4586
E: danielle@novo-legal.com

*Attorneys for Plaintiff*

<u>s/ Sara L. Cook</u>
Sara L. Cook
Vaughan & DeMuro
111 South Tejon, Suite 545
Colorado Springs, CO 80903
T: 719-578-5500
F: 719-578-5504
E: scook@vaughandemuro.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Sara Cook
scook@vaughandemuro.com

Ann Smith
asmith@vaughandemuro.com

Gordon Vaughan
gvaughan@vaughandemuro.com

*Attorneys for Defendant*

                                              *s/ Olivia Kohrs*
                                              Olivia Kohrs